UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONIA SCOTT,

        Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al,

        Defendants.
_____/

Case No.     10-12736

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on March 16, 2012, judgment is entered in favor of defendant Stan Arrington and against plaintiff.

DAVID WEAVER

Dated: March 16, 2012    By: s/Julie Owens
                                        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Tonia Scott, 460 California, Pontiac, MI, 48341 and the attorneys of record on this date, March 16, 2012, by electronic and/or ordinary mail.

                                          S/Julie Owens
                                          Case Manager, (313) 234-5160