UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONIA SCOTT,

        Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, CLARICE STOVALL
and JOHN MCCOSKEY,

        Defendants.
_____/

Case No.   10-12736

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on September 19, 2012 judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: September 19, 2012

By: s/Julie Owens
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 19, 2012, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160